In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain

Lands and Premises in the Block Bounded by Henry, Harrison, Baltic and Clinton Streets, Borough of Brooklyn, as a Site for School Purposes.— Matter referred to the Hon. Josiah T. Marean, as official referee, to inquire into the facts and report to this court. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.